AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Texas

United States District Court
Southern District of Texas

JAN 2 9 2015

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-15-0113-M |
| Juan CRUZ | ) | |
| YOB: 1977  Citizenship:  United States | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 28, 2015_____ in the county of _____Hidalgo_____ in the

_____Southern_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028(a)(3) & (b)(1)(B) | Knowingly possessed with intent to use unlawfully or transfer unlawfully five or more false identification documents. |

This criminal complaint is based on these facts:
On January 28, 2015, an undercover (UC) Homeland Security Investigations (HSI), Harlingen, Texas, Agent met with Juan CRUZ in the McAllen, Texas area.  CRUZ sold four sets of fraudulent documents to the HSI UC.  Each set of documents consisted of one fraudulent legal permanent resident card, one fraudulent social security card, and one fraudulent Texas identification card.  During an interview, CRUZ admitted he was to be paid $800 for all four sets.

☐ Continued on the attached sheet.

Approved
JA

_____
*Complainant's signature*

Alfredo Vidales, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  1/29/2015   8:17 a.m

_____
*Judge's signature*

City and state:  McAllen, Texas

U.S. Magistrate Judge  Peter E. Ormsby
*Printed name and title*